**Order filed October 7, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00053-CR

———————

## IN THE INTEREST OF G.X.H. AND B.X.H., CHILDREN

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2017-04498J**

---

## ORDER

In light of appellant's motion to supplement the appellate record with the medical records described as Exhibit P5, this court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f), that it must inspect the original of those records.

The clerk of the 313th District Court is directed to deliver to the clerk of this court the original of Exhibit P5, a disk, on or before **October 28, 2021.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Exhibit P5, a disk, to the clerk of the 313th District Court.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Hassan.